

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

**By Hand**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States** v. **Danny Leo a/k/a "The Lion"**
       **S25 06 Cr. 008 (LAK)**

Dear Judge Kaplan:

On May 23, 2007, a grand jury returned the above-referenced indictment against the above-referenced defendant. At the request of the Government and the grand jury, that indictment was sealed by the United States Magistrate Judge before whom the indictment was returned.

The defendant has been arrested this morning and will be presented before your Honor at 11:30 a.m., today. Based on the foregoing, the Government respectfully asks that the above-referenced indictment be unsealed for the purposes set forth in this letter.

Respectfully submitted,

Eric Snyder
Assistant United States Attorney
Telephone: (212) 637-2534

IT IS SO ORDERED:

_____
LEWIS A. KAPLAN
United States District Judge
Dated: May 30, 2007