UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                    **NOTICE OF**
    -against-                                                   **APPEARANCE**

DANNY LEO,                                           Docket No.: 06-cr- 8 (LAK)

                              Defendant.
-------------------------------------------------------------------X

S I R:

      **PLEASE TAKE NOTICE** that the defendant, DANNY LEO, hereby appears in the above-captioned action, and that the undersigned have been retained as Attorneys for said defendant. All papers in this action shall be served upon the undersigned at the post office address stated below.

Dated: Mineola, New York
       June 8, 2007

                                                           Yours, etc.

                                                           /s/
                                                           Lawrence V. Carra', Esq..
                                                           *Attorney for Defendant*
                                                           114 Old Country Road, Suite 212
                                                          Mineola, NY 11501
                                                          516-742-1135

                                                           /s/
                                                           Dennis Lemke, Esq.
                                                           Co-Counsel
                                                           114 Old Country Road, Suite 200
                                                           Mineola, NY 11501
                                                          516-294-9200