UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v -  :  ORDER

DANNY LEO,  :  S31 06 Cr. 008 (LAK)
    a/k/a, "The Lion,"
                              Defendant.  :
- - - - - - - - - - - - - - - - - - - x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on October 31, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
        December 3, 2007

_____
UNITED STATES DISTRICT JUDGE

[USDS SDNY DOCUMENT ELECTRONICALLY FILED   DOC #: ___   DATE FILED: 12/4/07]