UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x

UNITED STATES OF AMERICA        :

    - v. -                          :   ORDER OF FORFEITURE

                                    :   S31 06 Cr. 008 (LAK)

DANNY LEO,                      :

       Defendant.               :

                                    :
------------------x

    WHEREAS, on or about July 30, 2007, DANNY LEO, the defendant 008 (LAK) ("the defendant") was charged in Superseding Indictment S31 06 Cr. 008 (LAK) ("the Indictment") with, *inter alia*, violations of 18 U.S.C. § 1951;

    WHEREAS, on or about October 31, 2007, the defendant pled guilty to Counts Three and Four of the Indictment, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), a sum of money equal to $75,000 in United States currency (the "Money Judgment"), representing property constituting, and derived from, proceeds obtained, directly and indirectly, from the offenses charged in Counts Three and Four of the Indictment;

    WHEREAS, in the plea agreement, the defendant further agreed that prior to sentencing, he shall fully satisfy his forfeiture obligation by delivering to the United States Attorney's Office

1

(attention: Asset Forfeiture Unit), One Saint Andrew's Plaza, New York, NY, 10007, a bank, cashier's or certified check in the amount of $75,000 payable to the United States Marshals Service and bearing the case name and number;

WHEREAS, in entering into the plea agreement, the defendant agreed to and did waive the requirement that Government give notice of its intent to seek criminal forfeiture in the indictment.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. DANNY LEO, the defendant, shall forfeit to the United States the sum of $75,000, representing the proceeds obtained directly or indirectly as a result of the violations alleged in Counts Three and Four of the Indictment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final against the defendant, shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Order of Forfeiture, and pursuant to 18 U.S.C. § 981, the United States Marshals Service shall be authorized to deposit the forfeited property in the Assets Forfeiture Fund, and the United States shall have clear title to the forfeited property.

4. The Clerk of the Court shall forward four certified copies of this Order to Eric Snyder, Assistant United States

Attorney, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
Feb. 28, 2008

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE